UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| NANCY L. SKAY, | Case No.: 2:25-cv-00584-APG-NJK |
|---|---|
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| STATE FARM FIRE AND CASUALTY COMPANY, | |
| Defendant | |

I ORDER that plaintiff Nancy Skay's certificate of interested parties (ECF No. 8) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the plaintiff's citizenship as required by the amendment to that rule.

I FURTHER ORDER that plaintiff Nancy Skay shall file a proper certificate of interested parties by May 1, 2025.

DATED this 17th day of April, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE