1 | ROBERT W. FREEMAN
Nevada Bar No. 3062
2 | Robert.Freeman@lewisbrisbois.com
FRANCIS A. ARENAS
3 | Nevada Bar No. 6557
Francis.Arenas@lewisbrisbois.com
4 | LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
5 | Las Vegas, Nevada 89118
Telephone: 702.893.3383
6 | Facsimile: 702.893.3789
*Attorneys for Defendant State Farm Fire and*
7 | *Casualty Company d/b/a State Farm*

8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| NANCY L. SKAY, an individual, | Case No.: 2:25-cv-00584-APG-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| STATE FARM FIRE AND CASUALTY COMPANY d/b/a STATE FARM, a foreign entity, DOE INDIVIDUALS 1-10; and ROE ENTITIES I-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN Plaintiff, NANCY L. SKAY; and Defendant STATE FARM FIRE AND CASUALTY, by and through their respective

///
///
///
///
///
///
///
///

160002434.1

counsel of record, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED this __ day of _____, 2025.

ROYAL & MILES LLP

/s/ _____
Gregory A. Miles, Esq.
Nevada Bar No. 4336
1522 W. Warm Springs Road
Henderson, Nevada 89014
*Attorney for Plaintiff*

DATED this 2nd day of September, 2025

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Francis A. Arenas
ROBERT W. FREEMAN
Nevada Bar No. 3062
FRANCIS A. ARENAS
Nevada Bar No. 6557
6385 S. Rainbow Blvd, Ste. 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED:

Dated: September 3, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

160002434.1

2